

# Fourth Court of Appeals
## San Antonio, Texas

July 26, 2022

No. 04-22-00174-CV

Antonio G. **CANTU**,
Appellant

v.

**BEXAR APPRAISAL DISTRICT** and Michael Amezquita,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI22041
Honorable John D. Gabriel Jr., Judge Presiding

# O R D E R

Appellees' brief was due July 22, 2022, and on that day, appellees filed a motion requesting a thirty-day extension of time. The motion is opposed. After consideration, we **grant** appellees' motion and **order** appellees to file their brief **by August 22, 2022.**

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of July, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court